# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENERGY NORTHWEST, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SPX HEAT TRANSFER, INC., a Delaware corporation; SPX HEAT TRANSFER LLC, a Delaware limited liability company,<br><br>    Defendants. | 2:13-CV-05151-SAB<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER** |

Before the Court is the parties' Joint Motion for Entry of Agreed Protective Order, ECF No. 28. The motion was heard without oral argument and on an expedited basis.

The parties ask the Court for entry of an Agreed Protective Order. The Court finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Entry of Agreed Protective Order, ECF No. 28, is **GRANTED**.

2. The parties' Stipulated Motion to Expedite Hearing on Joint Motion for Entry of Agreed Protective Order, ECF No. 29, is **GRANTED**.

///

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order and provide copies to counsel.
3      **DATED** this 3rd day of September, 2014.



                Stanley A. Bastian
            United States District Judge

**ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER** ~ 2