# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ENERGY NORTHWEST, a Washington municipal corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SPX HEAT TRANSFER, INC., a Delaware corporation; SPX HEAT TRANSFER LLC, a Delaware limited liability company,<br><br>    Defendants. | 2:13-cv-5151-SAB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL; CLOSING FILE** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 122. The parties have stipulated that the above-captioned action and all claims asserted between the parties should be dismissed with prejudice and with each party bearing their own costs and attorneys fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal, ECF No. 122, is **GRANTED**.

2. The above-caption action is **dismissed**, with prejudice and with each party bearing their own costs and attorneys fees.

///

///

**ORDER GRANTING STIPULATION FOR DISMISSAL; CLOSING FILE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and **close** the file.
3      **DATED** this 17th day of December, 2015.



                        _____
                             Stanley A. Bastian
                         United States District Judge

**ORDER GRANTING STIPULATION FOR DISMISSAL; CLOSING FILE**
~ 2